```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/17/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SHENG-WEN CHENG,

                            Plaintiff,

-against-

UNITED STATES OF AMERICA,

                            Defendant.
-----------------------------------------------------------------X

**ORDER SCHEDULING TELEPHONE CONFERENCE**

24-CV-5579 (ER)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      This case has been referred to me for settlement purposes (docket no.17).  A telephone conference in this matter will be held on **Tuesday, January 21, 2025 at 4:00 p.m.** in advance of a settlement conference.  It is hereby ordered that the Warden of other official in charge of the FMC Rochester Correctional Facility produce **Plaintiff Sheng-Wen Cheng, Inmate No. 05261-509 on January 21, 2025 by no later than 4:00 p.m.,** to a suitable location within the Federal Medical Center that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court and Defendant's counsel.  The parties will be sent an invitation by Judge Parker's chambers prior to the scheduled conference date.  The parties are directed to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call.

      **The Clerk of Court is directed to mail a copy of this order to the Plaintiff.**

      SO ORDERED.

Dated: December 17, 2024
       New York, New York

*Katharine H. Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge