```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
  SHENG-WEN CHENG,

                                    Plaintiff,
                 -against-

  UNITED STATES OF AMERICA,

                                    Defendant.
-----------------------------------------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/7/2025
```

ORDER TO ISSUE SUBPOENA

24-CV-5579 (ER)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

On February 5, 2025, pro se Plaintiff filed a letter requesting that the Court issue a subpoena to Peter Katz at 116 Village Blvd, 2nd Floor, Princeton, NJ 08540 to produce the list of forfeited items that the government agreed to return to Plaintiff.  (ECF No. 21)  **The Clerk of Court is hereby directed to issue the subpoena.  Further, the Clerk of Court is directed to mail a copy of this order to the Plaintiff.**

   SO ORDERED.

Dated: February 7, 2025
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge