UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SHENG-WEN CHENG,

                                     Plaintiff,

         -against-

UNITED STATES OF AMERICA,

                                  Defendant.
-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/3/2025

ORDER TO RE-ISSUE SUBPOENA

24-CV-5579 (ER)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

On April 1, 2025, pro se Plaintiff filed a letter requesting that the Court re-issue and mail to Plaintiff's new address a subpoena for Peter Katz at 116 Village Blvd, 2nd Floor, Princeton, NJ 08540 to produce the list of forfeited items that the government agreed to return to Plaintiff because Plaintiff no longer resides at his previous address and has not received said subpoena. (*See* ECF Nos. 22, 26 and 33) Plaintiff's request is hereby GRANTED.

**The Clerk of Court is respectfully directed to re-issue the subpoena and mail it to Plaintiff's new address at Sheng-Wen Cheng (Alien # A216652301), Kandiyohi County Jail, 2201 23rd Street, N.E., Suite 101, Willmar, MN 56201. Further, the Clerk of Court is also respectfully directed to mail a copy of this order to the Plaintiff.**

      SO ORDERED.

Dated: April 3, 2025
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge