```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
```
SHENG-WEN CHENG,

                               Plaintiff,

      -against-

UNITED STATES OF AMERICA,

                              Defendant.
```
-----------------------------------------------------------------X
```

**ORDER TO UPDATE CONTACT INFORMATION**

24-CV-5579 (ER)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      The Plaintiff in this action has not provided an updated mailing address to the Court**.** Pro se litigants have an obligation to immediately notify the Court through the pro se office of any change in their address or contact information. Without an accurate mailing address, the Court cannot communicate with the litigant, and the litigant cannot prosecute his case. Accordingly, if a pro se party fails to maintain a current mailing address of record, the pro se party's claims may be dismissed. Plaintiff is directed to provide an updated mailing address to the court by utilizing the pro se change of address form attached to this order.

      **The Clerk of Court is directed to mail a copy of this order to the Plaintiff at Sheng-Wen Cheng (Alien # A216652301), Kandiyohi County Jail, 2201 23rd Street, N.E., Suite 101, Willmar, MN 56201.**

      **SO ORDERED.**

Dated: May 7, 2025
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge

IH-34                                                                                                   Rev:2014-1

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

_____

_____

(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

_____

_____

(List the full name(s) of the defendant(s)/respondent(s).)

_____CV_____ (_____)(_____)

NOTICE OF CHANGE OF ADDRESS

I hereby notify the Court that my address has changed to the following:

_____

Name (Last, First, MI)

_____
Address                    City                        State            Zip Code

_____          _____
Telephone Number                                  E-mail Address (if available)

_____          _____
Date                                                          Signature