UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHENG-WEN CHENG,

                Plaintiff,

    -*against*-

UNITED STATES OF AMERICA,

                Defendant.

**ORDER**

24 Civ. 5579 (ER)

RAMOS, D.J.:

    Sheng-Wen Cheng, proceeding *pro se*, brought this action against the United States of America on July 18, 2024. Doc. 1. After documents mailed to Cheng's last known address were returned to the Court as undeliverable, on May 7, 2025, the Court directed Cheng to provide an updated mailing address. Doc. 36. On June 2, 2025, the government alerted the Court to the fact that Cheng had been deported from the United States to Taiwan on March 31, 2025. Doc. 38. That same day, the Court directed Cheng to provide updated contact information by June 30, 2025, or the case would be closed. Doc. 39. Since deportation, Cheng has not been communicative with the Court or been responsive to court orders. In addition, court documents mailed to his last known address have continued to be returned to the Court as undeliverable. Cheng did not provide updated contact information. Accordingly, the Clerk of the Court is respectfully directed to close the case.

    In a separate case brought by Cheng, *Cheng v. Bell*, the Court closed the case for similar reasons. No. 24 Civ. 6624 (ER) (Doc. 31). In that case, the Court issued an order granting Bell's motion to dismiss. *Cheng v. Bell*, No. 24 Civ. 6624 (ER), 2025 WL 1707662 (S.D.N.Y. June 18, 2025) (Doc. 30). In that same order, the Court (1) reminded Cheng of his

obligation to keep the Court apprised of his current address, given his recent deportation; and (2) directed Cheng to file an amended complaint by July 30, 2025 or the case would be closed. *Id.* at n.1, 4. Cheng did not file an amended complaint, and accordingly, the Court closed the case. *Cheng v. Bell*, No. 24 Civ. 6624 (ER) (Doc. 31).

    SO ORDERED.

Dated:  October 31, 2025
          New York, New York

                                              Edgardo Ramos, U.S.D.J.

2